UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE WILLARD,<br><br>        Plaintiff,<br><br>    v.<br><br>SUSAN DOUGHERTY, et al.,<br><br>        Defendants. | Case No. 19-cv-01327 NC (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff, a California state inmate proceeding *pro se*, filed a civil rights action pursuant to 42 U.S.C. § 1983.  The events of which Plaintiff complains occurred primarily at California State Prison, Corcoran, which is located in Kings County within the Eastern District of California.  *See* 28 U.S.C. § 84(b).  Venue therefore is proper in the Eastern District of California.  *See* 28 U.S.C. § 1391(b).  Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this case is **TRANSFERRED** to the United States District Court for the Eastern District of California.  The Clerk of the Court is directed to transfer the case forthwith.

**IT IS SO ORDERED.**

DATED: May 9, 2019

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 19-cv-01327 NC (PR)
ORDER OF TRANSFER