UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE WILLARD,<br><br>   Plaintiff,<br><br>   v.<br><br>SUSAN DOUGHERTY, *et al*.,<br><br>   Defendants. | Case No. 1:19-cv-00648-AWI-JDP<br><br>ORDER THAT PLAINTIFF FILE A CLARIFYING NOTICE OR NOTICE OF VOLUNTARY DISMISSAL WITHIN THIRTY DAYS<br><br>ECF No. 20 |

   Plaintiff Jesse Willard is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983.  On July 16, 2020, plaintiff filed a notice with the court that states: "I'd like to withdraw my complaint with leave to refile at a later date.  Is that possible?  If so, how do I go about doing so?"  ECF No. 20 at 2-3.

   Federal Rule of Civil Procedure 41(a)(1)(A)(i) states that a "plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."  Rule 41(a)(1)(B) further states that, "[u]nless the notice or stipulation states otherwise, the dismissal is without prejudice."  A dismissal without prejudice gives plaintiff "an opportunity to return and prosecute his claims another day."  *Ash v. Cvetkov*, 739 F.2d 493, 496-97 (9th Cir. 1984).

   While the court might construe plaintiff's notice as a notice of voluntary dismissal, the interests of justice are best served by giving plaintiff an opportunity to clarify his intentions.

1

Thus, within thirty days of the date of this order, plaintiff must file a notice clarifying whether he intends to file a notice of voluntary dismissal under Rule 41(a)(1)(A)(i).

IT IS SO ORDERED.

Dated:   July 23, 2020

_____
UNITED STATES MAGISTRATE JUDGE

No. 205.

2