UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE WILLARD, | Case No. 1:19-cv-00648-AWI-JDP |
| Plaintiff, | |
| v. | ORDER DIRECTING THE CLERK'S OFFICE TO CLOSE THIS CASE IN LIGHT OF VOLUNTARY DISMISSAL |
| SUSAN DOUGHERTY, *et al.*, | |
| Defendants. | ECF No. 22 |

On August 18, 2020, plaintiff filed a notice of voluntary dismissal without prejudice under Federal Rule of Civil Procedure 41(a)(1). ECF No. 22. The opposing party has not yet served an answer or a motion for summary judgment. The court therefore directs the clerk's office to close the case.

IT IS SO ORDERED.

Dated:   __August 21, 2020__          _____
                                      UNITED STATES MAGISTRATE JUDGE

No. 205.

1